# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

JAMES HADDIX,        :   No. 51 WM 2020

         Petitioner      :

           v.         :

HONORABLE ROBERT G. YEATTS,   :
PRESIDENT JUDGE, COURT OF      :
COMMON PLEAS OF MERCER COUNTY,   :
PA,                           :

         Respondent    :

## ORDER

**PER CURIAM**

     **AND NOW**, this 17th day of June, 2020, the Application for Leave to File Original Process and the Application for Relief, seeking leave to supplement, are GRANTED. The "Petition for Writ of Mandamus" is DENIED.

     The Prothonotary is DIRECTED to strike the name of the jurist from the caption.